UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:20-MJ-06121-PLC ) ) |
| DARRELL FISHER, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE**

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Catherine M. Hoag, Assistant United States Attorney for said District, and asks leave of the Court to dismiss the complaint without prejudice against defendant Darrell Fisher, and in support thereof states the following:

On June 5, 2020, an Information regarding the above-referenced matter was filed against defendant Darrell Fisher.

THEREFORE, the Government respectfully requests leave of the Court to dismiss without prejudice the above-referenced complaint against defendant Darrell Fisher.

Respectfully submitted,

JEFFREY B. JENSEN
Acting United States Attorney

*/s Catherine M. Hoag*
CATHERINE M. HOAG #67500MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

Dated this 12th day of June, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, the foregoing was filed electronically with the Clerk of the Court to be served electronically on all counsel of record.

                                            */s/ Catherine M. Hoag*
                                            Catherine M. Hoag, 67500MO
                                            Assistant United States Attorney